## United States Bankruptcy Court
### District of South Carolina

| | | |
|---|---|---|
| In re **Eria Bridgeman** | Case No. | **20-00694** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **April 29, 2020**, a copy of **Order Confirming Plan and Resolving Motions** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Pamela Simmons-Beasley, Trustee, via CMECF**

**US Trustee, via CMECF**

**See attached mailing matrix.**

                                                **/s/ David C. Gaffney**
                                                **David C. Gaffney 10112**
                                                **Gaffney Law Firm, P.A.**
                                                **P.O. Box 3966**
                                                **West Columbia, SC 29171-3966**
                                                **803-781-0500Fax:803-454-9900**
                                                **david@gaffneylawfirm.com**